# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Wisconsin

| | |
|---|---|
| Michael Andrew Scieszinski, *Plaintiff*, <br><br> v. <br><br> Starbucks Coffee Company/Starbucks Corporation <br><br> *Defendant.* | Civil Action No. 16-C-1550 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT, ALL THE PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

I am counsel for the Plaintiff, Michael Andrew Scieszinski, in this matter and on his behalf, I voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: December 14, 2016

Sarah A. Clark, Clark Law
Bar No.: 1092071
P.O. Box 5271
De Pere, WI 54115